[Civ. No. 3795. Third Appellate District.—July 16, 1929.]

GEORGE E. FRIOUX, Petitioner, v. FRED H. JOHNSON, as Auditor of San Joaquin County, Respondent.

Nutter, Hancock & Rutherford and A. P. Hayne for Petitioner.

Guard C. Darrah, District Attorney, and Tom H. Louttit, Assistant District Attorney, for Respondent.

THE COURT.—Upon the authority of the case of *In re Lovall, on Habeas Corpus,* 207 Cal. 544 [279 Pac. 452], recently decided by the Supreme Court, distinguishing the questions involved in the above-entitled case from that of *Robertson* v. *Langford,* 95 Cal. App. 414 [273 Pac. 150], it is hereby ordered that the writ prayed for be and the same is hereby granted.